**Thomas Wayne HURST,
Petitioner-Appellant,**

v.

**Frank BLACKBURN, Warden, Louisiana
State Penitentiary,
Respondent-Appellee.**

**No. 78-2468
Summary Calendar.***

United States Court of Appeals,
Fifth Circuit.

Sept. 26, 1979.

Thomas Wayne Hurst, pro se.

J. Marvin Montgomery, Asst. Atty. Gen.,
Baton Rouge, La., for respondent-appellee.

Before GOLDBERG, RONEY and TJO-
FLAT, Circuit Judges.

PER CURIAM:

Thomas Wayne Hurst, an inmate of the Louisiana State Penitentiary at Angola, filed a *pro se* complaint in the district court alleging that he was transferred to a maximum security area for arbitrary and capricious reasons and without being granted an evidentiary hearing, in violation of 42 U.S.C.A. § 1983 (1970). His complaint was dismissed pursuant to a procedure this Court reviewed and found deficient in *Mitchell v. Beaubouef*, 581 F.2d 412 (5th Cir. 1978), *cert. denied*, —— U.S. ——, 99 S.Ct. 2416, 60 L.Ed.2d 1072 (1979). *See, e. g., Hurst v. Phelps*, 579 F.2d 940 (5th Cir. 1978).

We, therefore, vacate the dismissal of Hurst's complaint and remand for reconsideration by the district court in light of the procedural dictates set forth in *Mitchell v. Beaubouef.*

VACATED and REMANDED.

* Rule 18, 5 Cir.; See *Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York* et al., 5 Cir. 1970, 431 F.2d 409, Part I.